UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Friedrich Lu, Plaintiff            )        Civil Action No 17-10518-PBS
            v                      )
Timothy Frates et al, Defendants   )

### PLAINTIFF'S REPLY TO COURT

(1)  On May 3, 2016 plaintiff filed a "request for default and motion to assess damage." On May 25 following, the court denied the motion and then added cryptically: "Because it is not beyond the 90 days for service upon the defendants, Lu has time to complete service pursuant to Rule 4 and file a return of service.

(2)  When the court denied said motion (to assess damage), that is the end of the story (at least for the moment). Defendants remained in default. They had been properly served with process -- and brought to the court's personal jurisdiction. It is superfluous to serve them again with the same. And Lu will not.

Plaintiff:       Friedrich Lu, pro se
Date:            June 2, 2017
Email address:   chi2flu@gmail.com
Address:         % St Francis House, PO Box 499, Lafayette Station, Boston, MA 02112