UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Friedrich Lu, Plaintiff )   Civil Action No 17-10518-PBS
v )
Timothy Frates et al, Defendants )

## PLAINTIFF SHOWS CAUSE WHY THIS CASE SHOULD NOT BE DISMISSED

(1) The court ordered on Aug 31 (all dates are of 2017) plaintiff Friedrich Lu to show cause by Sept 12 why this case should not be dismissed for "failure" to comply with Fed Rule Civ Proc 4.

(2) Read his (plaintiff's) lips: Defendants were properly served with process, and the court's personal jurisdiction attaches.

(3) The court's May 25 order (docket #11) at n 1 referenced another aspect (maybe; Lu did not re-read the decision) of the First Circuit case Lu relies on. Even the court's summary of the decision is accurate, all defendants should have been defaulted long time ago: none of them filed an "affidavit denying agency." The maxim is that a party may waive everything except court's subject matter jurisdiction. Assuming arguendo that service was defective somehow, all defendants waived the issue.

Plaintiff: Friedrich Lu, pro se
Date: Sept 5, 2017
Email address: chi2flu@gmail.com
Address: % St Francis House, PO Box 499, Lafayette Station, Boston, MA 02112